IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | OPINION AND ORDER |
| v. | 07-cr-57-bbc |
| CALVIN BRUCE, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The order entered in this case on August 14, 2019 is corrected as follows: The second sentence of the second full paragraph on page 5 is deleted and the following sentence is substituted:

> He was found guilty by the jury of a different crime: possessing with intent to distribute fifty grams or more of crack cocaine.

In all other respects, the August 14, 2019 order remains as entered.

Entered this 16th day of August, 2019.

BY THE COURT:
/s/

_____
BARBARA B. CRABB
District Judge

1